IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NADINE AVICOLLI, *et al.* | : CIVIL ACTION |
| v. | : NO. 21-1119 |
| BJ'S WHOLESALE CLUB, INC., *et al.* | : |

## ORDER

**AND NOW**, this 22nd day of March 2021, upon considering Plaintiffs' Motion to remand (ECF Doc. No. 4), careful evaluation of the allegations, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiffs' Motion for remand (ECF Doc. No. 4) is **DENIED**; and,

2. Scott Barber's Motion to dismiss (ECF Doc. No. 2) is **DENIED** as moot.

_____
KEARNEY, J.