IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NADINE AVICOLLI,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 21-1119** |
| | : | |
| **BJ'S WHOLESALE CLUB, INC.,** *et al.* | : | |

# ORDER

**AND NOW**, this 7th day of April 2021, upon considering Defendant BJ's Wholesale Club, Inc.'s Motion to dismiss (ECF Doc. No. 5), Plaintiffs' Response (ECF Doc. No. 12), Defendant's Reply (ECF Doc. No. 13), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 5) is **DENIED** and it shall file an answer no later than **April 21, 2021**.

_____
**KEARNEY, J.**