IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NADINE AVICOLLI,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 21-1119 |
| | : | |
| **BJ'S WHOLESALE CLUB, INC.,** *et al.* | : | |

# ORDER

**AND NOW**, this 16th day of June 2021, upon considering Defendant 4E Global SAPI de CV's Motion to dismiss for lack of personal jurisdiction (ECF Doc. No. 18) following expedited jurisdictional discovery informing Plaintiffs' Opposition (ECF Doc. No. 43), Defendant's Reply (ECF Doc. No. 44), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant 4E Global SAPI de CV's Motion (ECF Doc. No. 18) is **GRANTED** and it is dismissed as Plaintiffs fail to adduce a basis for us to exercise personal jurisdiction over this Mexican-based manufacturer in Pennsylvania.

                                                                                             _____
                                                                                             **KEARNEY, J.**