IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NADINE AVICOLLI,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 21-1119** |
| | : | |
| **BJ'S WHOLESALE CLUB, INC.,** *et al.* | : | |

# **ORDER**

**AND NOW**, this 6th day of August 2021, upon considering Defendant 4E Brands North America, LLC's Motion to dismiss (ECF Doc. No. 52), Plaintiffs' Response (ECF Doc. No. 74), Defendant's Reply (ECF Doc. No. 83), and for reasons in the accompanying Memorandum, it is **ORDERED** the Motion (ECF Doc. No. 52) is **DENIED** and it shall file an Answer no later than **August 20, 2021**.

_____
**KEARNEY, J.**